No. 12–6651. ADKINS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–6495. GROVES *v.* SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–6520. FOUCHE *v.* GUTTIERREZ, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–6639. JAMES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–9810. SIMMONS *v.* BRAVERMAN, *ante*, p. 829;

No. 11–10022. WEST *v.* OKLAHOMA, *ante*, p. 830;

No. 11–10163. DAVIS *v.* ROZUM, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, ET AL., *ante*, p. 835;

No. 11–11115. WILLIAMS *v.* EDENFIELD, WARDEN, *ante*, p. 880;

No. 12–5084. TENERELLI *v.* UNITED STATES, *ante*, p. 894;

No. 12–5274. ROBINSON *v.* CONNELL, SUPERINTENDENT, ONEIDA CORRECTIONAL FACILITY, ET AL., *ante*, p. 904; and

No. 12–5314. SANGALAZA *v.* WELLS FARGO NATIONAL BANK, *ante*, p. 906. Petitions for rehearing denied.

No. 12–33. DOLENZ *v.* UNITED STATES, *ante*, p. 931. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

NOVEMBER 6, 2012

No. 12–355. GOOD BEAR ET AL. *v.* COBELL ET AL. C. A. D. C. Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 12–7006 (12A443). ALLEN *v.* TRAMMELL, WARDEN. C. A. 10th Cir. Application for stay of execution of sentence of death,